*P. A. Bonham, Frank G. Tompkins, H. G. Hedrick, Sidney S. Alderman,* and *S. R. Prince* for petitioner. *Messrs. James H. Price* and *James D. Poag* for respondent. ■

No. 157. UNITED STATES EX REL. JOHNSTON *v.* CAREY, SHERIFF. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Brien McMahon* for petitioner. ■

No. 162. GREENE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Chas. I. Francis* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, A. F. Prescott, Joseph M. Jones,* and *Walter J. Cummings, Jr.* for respondent. ■

No. 168. PENNSYLVANIA *v.* CONTE. October 9, 1944. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Messrs. C. William Kraft, Jr.* and *William R. Toal* for petitioner. *Mr. Hayden C. Covington* for respondent. ■

No. 171. TOWNSEND ET AL. *v.* NEW YORK CENTRAL RAILROAD CO. ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leon M. Despres* for petitioners. *Messrs. J. R. Barse, M. L. Bluhm, Marvin A. Jersild, W. J. Milroy, Theodore Schmidt,* and *Milton V. Thompson* for respondents. ■